# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0100

_____

ERIK J. HAYES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

February 7, 2024

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Erik J. Hayes, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.